JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN ROBERT IWASZEWSKI, an individual; and NATALIE IWASZEWSKI, an individual, | Case No. 2:26-cv-01656-SPG-SSC |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| PALACE ENTERTAINMENT HOLDINGS, LLC, a Delaware limited liability company; HERSCHEND FAMILY ENTERTAINMENT, a Georgia corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

-1-

Pursuant to the Court's Order Granting Plaintiff's Motion to Remand, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to Los Angeles County Superior Court for further proceedings.

**IT IS SO ORDERED.**

DATED: May 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-